## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No:	18-16095	AIH	Judge: Arthur I. Harris
Case Name:	CROSBY, JAMAAR

For Period Ending: 03/09/19

Trustee Name:	TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c):	10/11/18 (f)
341(a) Meeting Date:	11/19/18
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Income tax refund (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 2. 2016 Chevy | 9,645.00 | 0.00 | | 0.00 | FA |
| 3. 2009 Toyota | 3,409.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 100.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 47.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)	$13,351.00	$1.00		$0.00

Gross Value of Remaining Assets
$1.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/19    Current Projected Date of Final Report (TFR): 03/31/19

/s/ TRUSTEE VIRGIL E. BROWN, JR.        Date: 03/09/19
TRUSTEE VIRGIL E. BROWN, JR.

LFORM1	Ver: 22.00